IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RYAN SUDLOW,** | § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 1:24-cv-00971-TWT-LTW |
| **EQUIFAX INFORMATION SERVICES, LLC,** | § § § § § § | |
| Defendants. | § | |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.

Plaintiff, Ryan Sudlow by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Equifax Information Services, LLC, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: August 14, 2024.

Respectfully Submitted,
**JAFFER & ASSOCIATES PLLC**

*/s/ Shawn Jaffer*
**Shawn Jaffer**
Georgia Bar No. 156625
14355 Cogburn Rd
Alpharetta, GA 30004
Phone: (404) 912-5410
Fax: (469) 669-0786
Email: national@jaffer.law
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on August 14, 2024, to all parties in this matter in a manner approved by the rules.

*/s/ Shawn Jaffer*
Counsel for Plaintiff