IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN SUDLOW,<br><br>               Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br> Defendant. | **Civil Action No.: 1:24-cv-00971-TWT-LTW** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ryan Sudlow ("Plaintiff") and Defendant Equifax Information Services, LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

1. There are no longer any issues in this matter between Plaintiff and Equifax Information Services, LLC to be determined by this Court.

2. Plaintiff and Equifax Information Services, LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Equifax Information Services, LLC and Plaintiff are hereby dismissed with prejudice, with courts costs and attorneys' fees to be paid by the party incurring the same.

3. This case is not a class action, and a receiver has not been appointed.

4. Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**Dated:** October 14, 2024                                Respectfully submitted,

**JAFFER & ASSOCIATES PLLC**

/s/ *Shawn Jaffer*
**Shawn Jaffer**
TX Bar No. 24107817
5301 Alpha Rd., Ste. 80-5
Dallas, Texas 75240
Tel:     (469) 589-5605
Fax:    (469) 669-0786
Email: shawn10/15/2024@jaffer.law
*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

*/s/ Eric Barton*
Eric Barton (Georgia Bar No. 040704)
SEYFARTH SHAW LLP
1075 Peachtree Street N.E.
Suite 2500
Atlanta, GA  30309
Tel: (404) 885-1500
Fax: (404) 892-7056
ebarton@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

314196511v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.

*/s/ Shawn Jaffer*
Shawn Jaffer

314196511v.1